419 A.2d 195

Commonwealth v. Sawyer, Appellant.

Submitted March 12, 1979. Robert B. Evanick, Assistant Public Defender, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee. Before SPAETH, HESTER and MONTGOMERY, JJ. Judgment of sentence affirmed.

SPAETH, J. concurred in the result.

419 A.2d 195

Simmons et vir, Appellants, v. Campbell, Waters and Little.

Argued March 12, 1979. William B. Anstine, Jr., for appellant; Nevin Stetler, for appellees. Before VAN der VOORT, WATKINS and LIPEZ, JJ. Order affirmed.